No. 2016. PEOPLE, APPELLEE, *v.* LANZÓ, APPELLANT.—District Court of Humacao. Decided February 8, 1923. Murder in the second degree. There being no bill of exceptions, statement of the case, or brief of the appellant, and the record not disclosing any substantial error, the judgment is affirmed.

No. 2013. PEOPLE, APPELLEE, *v.* RIJOS, APPELLANT. — No. 2014. PEOPLE, APPELLEE, *v.* RODRÍGUEZ, APPELLANT.—District Court of Humacao. Decided February 8, 1923. The appellants having filed no briefs, the appeals were dismissed.

No. 530. HEIRS OF FLORES, APPELLANTS, *v.* REGISTRAR OF GUAYAMA, RESPONDENT. — Administrative Appeal. Decided February 8, 1923. It appearing that the appellants gave notice of their brief on May 20, 1922, to the registrar of property, who has filed no brief in opposition, for the reasons stated in *Bardeguez* v. *Registrar of Guayama*, 27 P. R. R. 200, the decision is reversed and record of the documents ordered, without the payment of new fees.

No. 2972. PÉREZ, APPELLEE, *v.* PÉREZ, APPELLANT.—District Court of Mayagüez. Decided February 9, 1923. Filiation. The appellant's motion of withdrawal is sustained.

No. 2015. PEOPLE, APPELLEE, *v.* RINCÓN, APPELLANT. — District Court of Humacao. Decided February 9, 1923. Violation of the excise-tax law. The appellant having filed no brief, the appeal was dismissed.

No. 2033. PEOPLE, APPELLEE, *v.* RIBERA, APPELLANT. — District Court of Ponce. Adulteration of Milk. Decided February 13, 1923. The appellant's motion of withdrawal is sustained.

No. 2978. KOESTER, APPELLANT, *v.* PORTO RICO DISTILLING COMPANY, APPELLEE. — District Court of Arecibo. Decided February 13, 1923. Debt. The appellant's motion of withdrawal is sustained.